# AUDLEY K. WATSON *v.* COMMISSIONER OF CORRECTION
## (AC 27884)

DiPentima, McLachlan and Lavine, Js.

Submitted on briefs January 4—officially released February 5, 2008

Per Curiam. The appeal is dismissed.

# JAMES BROWN *v.* COMMISSIONER OF CORRECTION
## (AC 28096)

Bishop, Harper and Robinson, Js.

Argued January 16—officially released February 5, 2008

Per Curiam. The appeal is dismissed.